IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Highland Capital Management, L.P., § § § Plaintiff, § § v. § § NexPoint Advisors, L.P., James Dondero, § Nancy Dondero, and the Dugaboy Investment § Trust, § § Defendants. § | § § § § § § § § § § § § | Civ. Act. No. 21-00880 |
| Highland Capital Management, L.P., § § Plaintiff, § § v. § § Highland Capital Management Fund § Advisors, L.P., § § Defendants. § | § § § § § § § § § § § § | Civ. Act. No. 21-00881 |
| Highland Capital Management, L.P., § § Plaintiff, § § v. § § Highland Capital Management, Services, Inc., § James Dondero, Nancy Dondero, and the § Dugaboy Investment Trust, § § Defendants. § | § § § § § § § § § § § § | Civ. Act. No. 21-01378 |
| Highland Capital Management, L.P., § § Plaintiff, § § v. | § § § § § § § § | Civ. Act. No. 21-01379 |

| | |
|---|---|
| HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC), James Dondero, Nancy Dondero, and the Dugaboy Investment Trust, | § § § § |
| Defendants. | § |

## NOTICE OF HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.'S OBJECTION TO PLAINTIFF'S MOTION TO CONSOLIDATE NOTE CASES

PLEASE TAKE NOTICE THAT, on December 7, 2021, plaintiff Highland Capital Management, L.P., filed in Case No. 3:21-cv-01010-E its *Motion to Consolidate Notes Actions* (the "Plaintiff's Motion") requesting that the four above-captioned actions be consolidated with Case No. 3:21-cv-01010-E (collectively, the "Actions").

PLEASE TAKE FURTHER NOTICE that, on December 10, 2021, various defendants filed their *Defendants' Motion to Consolidate the Note Cases* in all five Actions, seeking to consolidate the Actions before the Honorable Brantley Starr under Case No. 3:21-cv-00881-X.

PLEASE TAKE FURTHER NOTICE THAT, on December 16, 2021, defendant Highland Capital Management Fund Advisors, L.P. objected to the Plaintiff's Motion in Case No. 3:21-cv-1010-E, filing its *Objection of Non-Party Highland Capital Management Fund Advisors, L.P. to Plaintiff's Motion to Consolidate Note Cases and Brief in Support Thereof* (the "HCMFA Objection").

PLEASE TAKE FURTHER NOTICE that a true and correct copy of the HCMFA Objection is attached hereto for the Court's and the parties' convenience.

PLEASE TAKE FURTHER NOTICE that, on December 16, 2021, the Honorable Sam R. Cummings entered an order transferring Case No. 3:21-cv-00880 to the Honorable Brantley Starr, and the Honorable Ada Brown entered an order transferring Case No. 3:21-cv-01010 to the Honorable Brantley Starr.

RESPECTFULLY SUBMITTED this 27th day of December, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Julian P. Vasek, Esq.
    Texas Bar No. 24070790
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    Email: drukavina@munsch.com
    Email: jvasek@munsch.com

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that, on this the 27th day of December, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on the Plaintiff through its counsel of record.

/s/ *Julian P. Vasek*
Julian P. Vasek